UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CINDY SHAVER

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

REPUBLICANS IN CONGRESS
SENATE AND DONALD TRUMP

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JUN 13 A 11: 52

**COMPLAINT**

Jury Trial: [X] Yes [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                CINDY SHAVER
            Street Address      24 N 8TH ST
            County, City        PASSAIC, HAWTHORNE
            State & Zip Code    NJ 07506
            Telephone Number    923-980-4307

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **Congress Republicans**
Street Address
County, City **Washington, DC**
State & Zip Code

Defendant No. 2
Name **Senate Republicans**
Street Address
County, City **Washington DC**
State & Zip Code

Defendant No. 3
Name **Donald Trump**
Street Address **Mar-a-lago**
County, City
State & Zip Code **Florida**

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions        ☐ Diversity of Citizenship
☒ U.S. Government Plaintiff   ☒ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Redress of grievance. They violated their oath by multiple lie's and insurrection**

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **Washington DC**

B. What date and approximate time did the events giving rise to your claim(s) occur? **January 6th and Nov. 2016**

C. Facts [What happened to you?]: I am stuck in a situation where my son has mentally been affected. He has Aspergers and at a point of being afraid to go out, his pressure goes up when he gets anxiety. Had a heart attack at age 35.

[Who did what?] We have Republican in office and all they do is Disrespect, hate any people who are non-white especially women.

[Was anyone else involved?] Me because I am elder and distressed every day, I'm afraid my son will die of heart attack.

[Who else saw what happened?] Everybody

-3-

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  Mental State of Mind, Medical Problems, Kid, Heart Attack

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Arrest them for lying under oath and Treason, what ever the court feels can relief me and my son of our pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of June, 2022

Signature of Plaintiff Cindy Shauri
Mailing Address 24 N 8th St
Hawthorne NJ
07506
Telephone Number 973-980-8347
Fax Number *(if you have one)*
E-mail Address SHAUERC56@ymail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____